


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

ICEE DISTRIBUTORS, INC.                    CIVIL ACTION NO. 99-0850

VERSUS                                     JUDGE DONALD E. WALTER

J&J SNACK FOODS CORP., ET AL.              MAGISTRATE JUDGE PAYNE

---

### ORDER

**IT IS ORDERED** that all Motions for Judgment as a Matter of Law in this matter be and hereby are **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 27 day of November 2001.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED
11/28/01
BY
COPY: Thompson    Steele
      Evans       Everts
      Hilburn     McMichael
      Darden
      Cole