

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ICEE DISTRIBUTORS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. CV 99-0850 S |
| J & J SNACK FOODS CORP., WAL-MART STORES, INC., and ICEE OF AMERICA, INC. | ) JUDGE DONALD E. WALTER |
| | ) MAGISTRATE JUDGE PAYNE |
| Defendants. | ) |

### ORDER

IT IS ORDERED that Lisa S. Gallerano be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendants J & J Snack Foods Corp., Wal-Mart Stores, Inc., and ICEE of America, Inc. in the above described action.

THUS DONE AND SIGNED at Shreveport, Louisiana, on this the 1st day of April 2003.

_____
U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

COPY SENT:
DATE: 4/11/03
BY: DB
TO: Thompson
Evans
Hilburn
Steele
Goldyark
McMichael, Peckham

ORDER

Page solo