IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ICEE DISTRIBUTORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 99-0850 |
| ) | |
| J & J SNACK FOODS CORP., and ) | JUDGE WALTER |
| WAL-MART STORES, INC., ) | |
| ) | MAGISTRATE JUDGE PAYNE |
| Defendants. ) | |
| ) | JURY DEMANDED |

## **FINAL JUDGMENT**

On November 4, 2001, the court called this case for trial. Plaintiff, ICEE Distributors, Inc., appeared in person and through its attorneys and announced ready for trial. Defendants, J & J Snack Foods Corp., Wal-Mart Stores, Inc., and ICEE of America, Inc., appeared in person and through their attorneys and announced ready for trial. The court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the court received, filed, and entered of record. Plaintiff moved for entry of judgment on the verdict.

The court considered the motion and renders judgment for Plaintiff as follows:

1. The court orders the permanent injunction dated November 27, 2001 against J & J Snack Foods Corp. and Wal-Mart Stores, Inc. (attached hereto) remain in force,



2. The court orders that Plaintiff take no monetary damages by its suit, and

Exhibit C, page 1

3. The court denies all relief not granted in this judgment.

4. This is a FINAL JUDGMENT.

Dated: 1/14/04

*[signature]*
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED
January 14, 2004
BY *[signature]*
COPY Thompson
Evans
Hillier
Darden
Cole
Steele
Everts
Goodyear
McMichael
Peckham
Commissioner of Patents
+ Trademarks

Exhibit C, page 2