



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ICEE DISTRIBUTORS, INC | CIVIL ACTION NO. 99-0850 |
| VERSUS | JUDGE DONALD E. WALTER |
| J & J SNACK FOODS CORP. | MAGISTRATE JUDGE PAYNE |

### AMENDED JUDGMENT

In the Judgment issued by this Court on January 14, 2004, the permanent injunction to be made a part of that Judgment was inadvertently not attached. This Court now amends its January 14, 2004 Judgment to incorporate the attached permanent injunction in its entirety to be made a part of the January 14, 2004 Final Judgment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this __16__ day of January, 2004.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED
January 16, 2004
BY Deborah Berry
COPY Thompson
Evans
Killeen
Darden
Cole
Steele
Evans
Holdyard
McMichael
Peckham

Commissioner of
Patents + Trademarks

(177)

RECEIVED
NOV 1 9 2001
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11/27/01
BY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ICEE DISTRIBUTORS, INC., | |
| Plaintiff, | |
| V. | Civil Action No. CV 99-0850 S |
| J & J SNACK FOODS CORP., | JUDGE DONALD E. WALTER |
| WAL-MART STORES, INC., and | |
| ICEE OF AMERICA, INC., | MAGISTRATE JUDGE PAYNE |
| Defendants. | |

### PERMANENT INJUNCTION

In accordance with the jury verdict of November 16, 2001 finding breach of contract and willful trademark dilution, and pursuant to Rule 65, Fed.R.Civ.P., and 15 U.S.C. §1116(a),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

J & J Snack Foods, Inc. and Wal-Mart Stores, Inc., jointly and severally, and their respective officers, servants, employees and attorneys, and all those in active concert or participation with one or more of them who receive actual notice of this injunction, are permanently enjoined from selling or distributing, and knowingly contributing to the selling or distributing, of ICEE squeeze-up tubes in the following areas:

The entire State of Louisiana excluding only the following Parishes:

Plaquemines, Jefferson, St. Bernard, St. Tammany, Washington & St. Charles.

The entire State of Arkansas excluding only the following Counties:

Benton, Carrol, Washington, Madison, Crawford, Franklin, Sebastian & Scott.



The following Counties in the State of Texas:

Bowie, Camp, Cass, Franklin, Gregg, Harrison, Henderson, Hopkins, Kaufman, Marion, Morris, Panola, Rains, Red River, Rusk, Smith, Titus, Upshur, Van Zandt, Wood, Sabine, San Augustine, Nacogdoches, Cherokee, Anderson, Freestone, Limestone, Houston, Angelina, Jasper & Newton.

The following Counties in the State of Missouri:

Dunklin, Pemiscot, New Madrid, Stoddard & Mississippi.

The following Counties in the State of Alabama:

Autauga, Bibb, Butler, Barbour, Bullock, Chilton, Clay, Calhoun, Cleburne, Chambers, Coosa, Coffee, Crenshaw, Covington, Dallas, Dale, Elmore, Fayette, Greene, Hale, Henry, Houston, Jefferson, Lamar, Lowndes, Lee, Marion, Marengo, Macon, Montgomery, Pickens, Perry, Pike, Randolph, Russell, Shelby, St. Clair, Tuscaloosa, Talladega, Tallapoosa, Winston, Walker & Wilcox.

The following Counties in the State of Georgia:

Seminole, Early, Clay, Stewart, Chattahoochee, Muscogee, Harris & Troup.

Defendants shall file with the Court and serve on Plaintiff within thirty days of service of this injunction a report in writing under oath setting forth in detail and the manner and form in which Defendants have complied with this injunction.

SO ORDERED.

Dated: 11/27/01

UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED
11/28/01
BY
COPY: Thompson, Cole, Chapala, Steele, Hilburn, Everts, Darden, McMichael