UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ICEE DISTRIBUTORS, INC. | CIVIL ACTION NO. 99-0850 |
| VERSUS | JUDGE DONALD E. WALTER |
| J & J SNACK FOODS CORP., ET AL. | MAGISTRATE JUDGE PAYNE |

**ORDER**

Before this Court is a Joint Motion to Vacate and Modify Judgment and Motion for New Trial [Doc. #179] filed on behalf of defendants, J & J Snack Foods Corp. ("J & J "), Wal-Mart Stores, Inc. ("Wal-Mart") and Icee of America, Inc. ("IOA"). In accordance with the Order issued by the Fifth Circuit on April 8, 2004, in the case entitled, *ICEE Distributors Inc. v. J & J Snack Foods Corp., et al.*, No 04-30060 (5th Cir. 2004), granting J & J, Wal-Mart and IOA's alternative motion to instruct the district court to consider and substantively rule on their motion, this Court rules on the above mentioned motion [Doc. #179] as follows:

To the extent that defendants seek a new trial, **IT IS ORDERED** that defendants' motion be and is hereby **DENIED**. Defendants' motion asks this Court to relitigate issues already decided by the Fifth Circuit in ICEE Distributors, Inc. v. J & J Snack Foods Corp., 325 F.3d 586 (5th Cir. 2003). In particular, defendants ask this Court to address, yet again, the issue of liability for breach of contract by IOA, and the validity of the permanent injunction issued against J & J and Wal-Mart based on the breach of contract claim.

To the extent that defendants ask this Court to vacate the permanent injunction issued in this matter on November 27, 2001 [Doc. #147], and to the extent defendants seek modification of the permanent injunction, **IT IS ORDERED** that defendants' motion be and is hereby **GRANTED**.

The Permanent Injunction [Doc. #147] issued on November 27, 2001, is hereby **VACATED** and reinstated **AS MODIFIED** by the Permanent Injunction attached to this Order and made a part hereof.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 16 day of July, 2004.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE