UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ICEE DISTRIBUTORS, INC. | CIVIL ACTION NO. 99-0850 |
| VERSUS | JUDGE DONALD E. WALTER |
| J & J SNACK FOODS CORP., ET AL. | MAGISTRATE JUDGE PAYNE |

**PERMANENT INJUNCTION**

In accordance with the jury's answer to Interrogatory Number 1, dated November 16, 2001, finding that ICEE of America's license to J & J Snack Foods Corp. dated February 25, 2000 is in breach of the licenses of ICEE Distributors, the Court hereby enters this Permanent Injunction against defendants, ICEE of America, Inc. ("IOA") and J & J Snack Foods Corp. ("J & J"). The Court hereby permanently enjoins, in the areas identified below, any conduct of J & J undertaken as a purported authorized licensee of the "ICEE" trademark by IOA on "ICEE" squeeze tubes pursuant to the License Agreement dated February 25, 2000 between IOA and J & J. The areas subject to this injunction are:

The entire State of Louisiana, excluding only the following Parishes:

Plaquemines, Jefferson, St. Bernard, St. Tammany, Washington and St. Charles.

The entire State of Arkansas, excluding only the following Counties:

Benton, Carroll, Washington, Madison, Crawford, Franklin, Sebastian and Scott.

The following Counties in the State of Texas:

Bowie, Camp, Cass, Franklin, Gregg, Harrison, Henderson, Hopkins, Kaufman, Marion, Morris, Panola, Rains, Red River, Rusk, Smith, Titus, Upshur, Van Zandt, Wood, Sabine, San Augustine, Nacogdoches, Cherokee, Anderson, Freestone,

Limestone, Houston, Angelina, Jasper and Newton.

The following Counties in the State of Missouri:

Dunklin, Pemiscot, New Madrid, Stoddard and Mississippi.

The following Counties in the State of Alabama:

Autauga, Bibb, Butler, Barbour, Bullock, Chilton, Clay, Calhoun, Cleburne, Chambers, Coosa, Coffee, Crenshaw, Covington, Dallas, Dale, Elmore, Fayette, Greene, Hale, Henry, Houston, Jefferson, Lamar, Lowndes, Lee, Marion, Marengo, Macon, Montgomery, Pickens, Perry, Pike, Randolph, Russell, Shelby, St. Clair, Tuscaloosa, Talladega, Tallapoosa, Winston, Walker and Wilcox.

The following Counties in the State of Georgia:

Seminole, Early, Clay, Stewart, Chattahoochee, Muscogee, Harris and Troup.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this _16_ day of _July_, 2004.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE